IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 11-41724 |
| ARELINE ANN REED § | |
| DEBTOR(S) § | |
| § | CHAPTER 13 |
| § | |
| OCWEN LOAN SERVICING, LLC § | |
| CREDITOR § | |
| VS § | |
| ARELINE ANN REED § | |
| RESPONDENTS § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Creditor, **Ocwen Loan Servicing, LLC,** as servicing agent for Deutsche Bank National Trust Company As Trustee for Indymac INDX Mortgage Loan Trust 2006-Ar6, Mortgage Pass-Through Certificates Series 2006-AR6, ("Creditor"), desires to withdraw its **Proof of Claim (Claim #10-1)** in the amount of **$396,244.68** filed on **October 30, 2014**, without prejudice to refiling at a later date.

Dated: November 12, 2014

                                                Respectfully submitted,
                                                Buckley Madole, P.C.

                                                /s/ John J. Rafferty
                                                John J. Rafferty
                                                14841 Dallas Parkway, Suite 300
                                                Dallas, TX  752540
                                                (972) 643-6600
                                                (972) 643-6698 (Telecopier)
                                                Email: POCInquiries@BuckleyMadole.com
                                                Authorized agent for Ocwen Loan Servicing, LLC

# CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 13th day of November, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Areline Ann Reed
1996 20th Street
San Pablo, CA 94806

**Debtors' Attorney**
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**Chapter 13 Trustee**
Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

**U.S. Trustee**
Office of the U.S. Trustee/ Oak
1301 Clay Street #690N
Oakland, CA 94612

                                                                /s/ John J. Rafferty
                                                                John J. Rafferty